# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Ruben Ruiz-Gaona**     *Principal*
YOB:  1981    the United Mexican States

## CRIMINAL COMPLAINT

Case Number:

**M-16-1556-M**

United States District Court
Southern District of Texas
FILED

AUG 2 3 2016

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 21, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Candido Angulo-Mendoza and Omar Martinez-Ramirez, citizens and nationals of Mexico, along with twenty (29) other undocumented aliens, for a total of thirty-one (31), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)__ **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 19, 2016, Border Patrol Agents from the Field Intelligence Team (FIT) arranged a brief meeting at the parking lot of the H.E.B. grocery store on the corner of Alamo Road and U.S. Expressway 83. The meeting agents observed a male subject pushing a shopping cart with three empty five gallon containers and was walking to the front of the store to a water filling station outside the front of the store.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   ☒ Yes  ☐ No

*approved by*
*AUSA KTR*

Signature of Complainant

Francisco Armendariz Jr   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 23, 2016                                   at   McAllen, Texas
Date                                                     City and State

*Dorina Ramos*
Dorina Ramos                , U. S. Magistrate Judge          Signature of Judicial Officer
Name and Title of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- 1756-M

RE:   Ruben Ruiz-Gaona

**CONTINUATION:**

While at the water filling station a second subject, later identified as Ruben RUIZ-Gaona, approached the filling station and deposited money into the water dispenser for the subject that was pushing the cart with the empty water containers. While the subjects were filling the containers they appeared to be nervously looking around the area.

When the vehicle left the H.E.B. parking lot agents followed the F-250 to an apartment complex on 2500 North J Street APT 2 McAllen, Texas. Once at the apartment, F-250 pulled up next to the garage door and agents observed the driver and the two passengers exit the vehicle, off loaded the water containers and several white plastic bags of groceries.

On Sunday, August 21, 2016, while conducting surveillance at 2500 North J Street APT 2 McAllen, Texas, agents observed a white Ford F-250 and a white 4 door Pontiac Grand Prix arrive at the apartment complex and park on J Street. Agent Soto then observed a single male occupant exit the Grand Prix and recognized him as being the driver of the Ford F-250 who dropped of the supplies on August 19th. The subject departed the apartment complex in the F-250 and was followed to Jackson Square apartments in McAllen where agents observed the transferring of eight subject from a white Tahoe into F-250. The F-250 then proceeded back to 2500 North J Street apt 2.

Later that morning, the same driver once again left the apartment in a white Pontiac G6. FIT agents requested the assistances of McAllen Police Department and McAllen PD pulled over the vehicle for failure to signal lane change and speeding.

At this time Border Patrol Agents approached the driver, Ruben RUIZ-Gaona, questioned as to his immigration status and admitted to being illegally present in the United States. RUIZ was also read his Miranda and start he understood and waived his rights. RUIZ admitted to transporting and harboring about twenty (20) illegal aliens in the apartment on J Street and granted agents consent along with a key to search the apartment. After a search of the apartment at 2500 North J Street a total of thirty-one (31) undocumented aliens were found. All subjects were transported to the Weslaco Border Patrol Station for interview.

**PRINCIPAL STATEMENT: Ruben RUIZ-Gaona**
Ruben RUIZ-Gaona was read his Miranda Rights stated that he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- 1556-M

RE:   Ruben Ruiz-Gaona

**CONTINUATION:**

Ruben RUIZ-Gaona, a citizen and national of Mexico, admitted to illegally entering the United States two years ago and has resided in San Juan, Texas. RUIZ stated he works for a man who he knows as "Chikis" and was stopped in a vehicle loaned to him by "Chikis". RUIZ admitted to leaving a nearby apartment which to his knowledge had twenty-two subjects inside. RUIZ admitted to picking up eight to nine people and subsequently transported them back to the apartment on North J Street. When agents asked RUIZ if he knew that the subjects were illegally present in the United States, RUIZ immediately stated that he did not want to answer any additional questions. Agents immediately discontinued the interview.

**MATERIAL WITNESS STATEMENTS:**
Candido ANGULO-Mendoza and Omar MARTINEZ-Ramirez were read their Miranda Rights, understood their rights and were willing to provide a sworn statement without the presence of an attorney.

**MATERIAL WITNESS STATEMENT: Candido ANGULO-Mendoza**
Candido ANGULO-Mendoza, a citizen and national Mexico, stated he was to pay $12,000 to be smuggled into the United States. After crossing into the United States, ANGULO stated his group walked through the brush before getting picked up by a small car. Moments later, they drove to a large parking lot and were instructed to move into another car and were then driven to an apartment to where they were arrested.

Once at the apartment, ANGULO stated a man took them to purchase water and food from a store. ANGULO-Mendoza was shown a photo lineup and identified Ruben RUIZ-Gaona as the person who took him to the stash house. ANGULO told agents, RUIZ-Gaona dropping off people at the apartment where he was arrested.

**MATERIAL WITNESS STATEMENT: Omar MARTINEZ-Ramirez**
Omar MARTINEZ-Ramirez, a citizen and national of Mexico, was to pay $6,000 to be smuggled into the United States. Martinez stated after he crossed into the United States illegally and he was driven to a stash house in a large white truck. Martinez was shown a Photo Line-up and identified Ruben Ruiz-Goana as the man who dropped him off at the stash house and that when they arrived Martinez was instructed by RUIZ to write his name down on a ledger. Martinez stated that on one occasion Ruiz picked him and another aliens to buy food for the stash house.